Sherwood J. Reese  
Sherwood.reese@comcast.net  
Luke Moen-Johnson  
sherwoodreese@comcast.net  
Drew L. Johnson, P.C.  
1700 Valley River Drive, Suite 100  
Eugene, OR  97401  
(541) 434-6466  

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **STACY M. CORBIN,** | Civil No. 6:21-cv-00392-JR |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |
| _____ | |

Upon consideration of Plaintiff's petition for attorney fees pursuant to 42 U.S.C. §406(b), and Defendant neither opposing nor supporting the application, Plaintiff's counsel Luke Moen-Johnson is hereby awarded attorney fees under the Social Security Act, 42 U.S.C. §406(b) in the gross of $21,253.75, less $12,182.24 in fees previously awarded under the Equal Access to

Justice ("EAJA"), 28 U.S.C. §2412, which Counsel may retain in partial satisfaction of the §406(b) award. This leaves a net amount of $9,071.51 due to counsel.

The Commissioner shall deduct from this amount any applicable processing fee prescribed by law and pay Plaintiff's counsel Luke Moen-Johnson the balance from the past-due benefits the agency withheld from Plaintiff in anticipation of an order under 42 U.S.C. §406(b). After paying Luke Moen-Johnson the net §406(b) award, the Commissioner shall release to Plaintiff any unused balance of past-due benefits that the Commissioner withheld for attorney fees.

IT IS SO ORDERED this 28th day of May, 2024

    /s/ Jolie A. Russo_____
Jolie A. Russo
U.S. Magistrate Judge


PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
      Sherwood J. Reese, OSB #144130
      Of Attorneys for Plaintiff